IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lacy, Lavelle A

Printed: 1/15/08

Case Number: 07 B 15011
Judge: Goldgar, A. Benjamin
Filed: 8/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 3,300.00 | 0.00 |
| 2. | Marquette Consumer Finance | Secured | 15,696.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 18,809.88 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 151.61 | 0.00 |
| 5. | St Margaret Mercy Hospital | Unsecured | 125.06 | 0.00 |
| 6. | Marquette Consumer Finance | Unsecured | 57.20 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 45.81 | 0.00 |
| 8. | Surety Finance | Unsecured | 18.99 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 2,295.57 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 90.03 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 66.60 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 42.02 | 0.00 |
| 13. | Sprint PCS | Unsecured | | No Claim Filed |
| 14. | Sprint | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 19. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 20. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 21. | WISH Center #3, LLC | Unsecured | | No Claim Filed |
| 22. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 23. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 24. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 25. | Evergreen Emergency Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lacy, Lavelle A

Printed: 1/15/08

Case Number: 07 B 15011
Judge: Goldgar, A. Benjamin
Filed: 8/18/07

| | | | | |
|---|---|---|---|---|
| 26. | Direct Tv | Unsecured | | No Claim Filed |
| 27. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 28. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 29. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,698.77 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____